**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CUEVAS, | CV 21-03965 PA (RAOx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| MARTINEZ FAMILY LIMITED PARTNERSHIP, | |
| Defendant. | |

Pursuant to the Court's November 10, 2021 Minute Order, which dismissed the Motion for Default Judgment filed by plaintiff Joshua Cuevas ("Plaintiff") against defendant Martinez Family Limited Partnership ("Defendant"), it is HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed without prejudice for lack of Article III standing.

DATED: November 12, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE